United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 15, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-51321

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

HOOVER ELIVER CAPACHO-PINTO

Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-360)
----------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that appellee's unopposed motion to vacate sentence is granted.

IT IS ORDERED that appellee's unopposed motion to remand case to the district court for resentencing in light of the U.S. Supreme Court's recent opinion in US v. Booker and this Court's opinion in US v. Mares is granted.

_____

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief 14 days from the Court's denial of appellee's motion to vacate and remand is denied as moot.